June 29, 2018

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      Re:   *The New York Immigration Coalition, et al. v. United States Department of Commerce, et al.,* **18-CV-5025-JMF (S.D.N.Y.) [rel. 18-CV-2921]**

Dear Judge Furman,

      Pursuant to the Court's June 27, 2018 Order (ECF No. 33), the New York Immigration Coalition Plaintiffs ("Plaintiffs") submit this letter to describe our intentions regarding briefing on the Defendant's Motion to Dismiss.

      Consistent with this Court's instructions, in our July 9 brief, Plaintiffs will not duplicate arguments that plaintiffs made in 18-CV-2921, but will focus on issues where there is a material distinction between the two cases. Accordingly, we anticipate our brief will likely focus on Plaintiffs' standing and our claim that Defendants' actions were taken with discriminatory intent in violation of the Fifth Amendment to the U.S. Constitution -- a claim that is not made in 18-CV-2921 . Upon review of Defendants' Motion to Dismiss, Plaintiffs may conclude that it is necessary to address additional issues as well. With respect to the arguments made in 18-CV-2921, Plaintiffs do not intend to file a supplemental brief but direct the Court to paragraphs 152-163 and 211 of the Complaint which identify statutes, regulations, administrative guidance, and agency plans that limit discretion, which Defendants violated in adding the citizenship question. These paragraphs provide additional support in opposition to Defendants' arguments in 18-CV-2921 regarding "judicially manageable standards" and "committed to agency discretion."

      Plaintiffs would additionally like to notify the court that we expect a high level of public interest in the hearing scheduled on July 3, 2018. For this reason, it may be useful for the Court to designate an overflow room for members of the public who wish to attend this hearing.

                                                       Respectfully submitted,

| | |
|---|---|
| /s/ Dale Ho | /s/ Andrew Bauer |
| Dale Ho | Andrew Bauer |
| David Hausman* | Arnold & Porter Kaye Scholer LLP |
| American Civil Liberties Union Foundation | 250 West 55th Street |
| 125 Broad St. | New York, NY 10019-9710 |
| New York, NY 10004 | (212) 836-7669 |
| (212) 549-2693 | Andrew.Bauer@arnoldporter.com |
| dho@aclu.org | |
| dhausman@aclu.org | |

| | |
|---|---|
| Sarah Brannon** *** | /s/ John A. Freedman |
| Davin Rosborough*** | John A. Freedman |
| Ceridwen Cherry** | David P. Gersch** |
| American Civil Liberties Union Foundation | Peter T. Grossi, Jr** |
| 915 15th Street, NW | R. Stanton Jones** |
| Washington, DC 20005-2313 | Eric A. Rubel** |
| 202-675-2337 | David J. Weiner** |
| sbrannon@aclu.org | Robert N. Weiner** |
| drosborough@aclu.org | Barbara H. Wootton** |
| ccherry@aclu.org | Daniel Jacobson** |
| | Elisabeth S. Theodore** |
| | Caroline D. Kelly** |
| Arthur N. Eisenberg | Christine G. Lao-Scott** |
| Christopher T. Dunn | Jay Z. Leff** |
| Perry M. Grossman | Chase R. Raines** |
| New York Civil Liberties Union Foundation | Dylan S. Young** |
| 125 Broad St. | Arnold & Porter Kaye Scholer LLP |
| New York, NY 10004 | 601 Massachusetts Avenue, N.W. |
| (212) 607-3300 | Washington, DC 20001-3743 |
| aeisenberg@nyclu.org | (202) 942-5000 |
| cdunn@nyclu.org | John.Freedman@arnoldporter.com |
| pgrossman@nyclu.org | |
| | |
| Samer E. Khalaf** | Nicholas Katz** |
| American-Arab Anti-Discrimination Committee | CASA de Maryland |
| 1705 DeSales Street, N.W., Suite 500 | 8151 15th Avenue |
| Washington, DC 20036 | Hyattsville, MD 20783 |
| 202-244-2990 | (240) 491-5743 |
| skhalaf@adc.org | nkatz@wearecasa.org |

*Attorneys for NYIC Plaintiffs*

\* admitted *pro hac vice*
\*\* designates *pro hac vice* application pending or forthcoming.
\*\*\* Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).