UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK IMMIGRATION COALITION, CASA DE MARYLAND, AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE, ADC RESEARCH INSTITUTE, and MAKE THE ROAD NEW YORK,<br><br>      Plaintiffs,<br>  v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE; and WILBUR L. ROSS, JR., in his official capacity as Secretary of Commerce, and<br><br>BUREAU OF THE CENSUS, an agency within the United States Department of Commerce; and RON S. JARMIN, in his capacity as performing the non-exclusive functions and duties of the Director of the U.S. Census Bureau,<br><br>      Defendants. | Civ. Action No. 18-05025 (JMF) |

**NOTICE OF MOTION FOR LEAVE TO APPEAR AS AMICI CURIAE BY NORMAN Y. MINETA, THE SAKAMOTO SISTERS, THE COUNCIL ON AMERICAN-ISLAMIC RELATIONS, NEW YORK, INC., AND THE FRED T. KOREMATSU CENTER FOR LAW AND EQUALITY**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Motion for Leave to Appear as Amici Curiae by Norman Y. Mineta, the Sakamoto sisters, the Council on American-Islamic Relations, New York, Inc., and the Fred T. Korematsu Center for Law and Equality, dated July 10, 2018, non-party amici shall move this Court, before the Honorable Jesse G. Furman, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, at a date and time to be determined

by the Court, for leave to file the attached Proposed Brief of Amici Curiae Norman Y. Mineta, the Sakamoto sisters, the Council on American-Islamic Relations, New York, Inc., and the Fred T. Korematsu Center for Law and Equality in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss [Dkt. 49].  Both Plaintiffs and Defendants consent to the filing of the proposed amici brief.

DATED:  July 10, 2018

Respectfully submitted,

   /s/ Robert H. Pees

Robert S. Chang (*pro hac vice* forthcoming)
Lorraine Bannai (*pro hac vice* forthcoming)
Ronald A. Peterson Law Clinic
Seattle University School of Law
901 12th Ave.
Seattle, WA 98122
Telephone: 206-398-4025
Facsimile: 206-398-4261
changro@seattleu.edu
bannail@seattleu.edu

*Attorneys for Proposed Amici Curiae Norman Y. Mineta, the Sakamoto sisters, and the Fred T. Korematsu Center for Law and Equality*

Albert Fox Cahn (SDNY No. AC3482)
Council on American-Islamic Relations,
   New York, Inc.
46-01 Twentieth Avenue
Queens, New York 11105
Telephone: 646-665-7599
acahn@cair.com

*Attorney for Proposed Amicus Curiae Council on American-Islamic Relations, New York, Inc.*

Robert H. Pees (SDNY No. RP0393)
Alice Hsu (*pro hac vice* forthcoming)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Telephone: 212-872-1072
Facsimile: 212-872-1002
rpees@akingump.com
ahsu@akingump.com

Geoffrey J. Derrick (*pro hac vice* forthcoming)
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
Telephone: 202-887-4597
Facsimile: 202-887-4288
gderrick@akingump.com

*Attorneys for Proposed Amici Curiae Norman Y. Mineta, the Sakamoto sisters, the Council on American-Islamic Relations, New York, Inc., and the Fred T. Korematsu Center for Law and Equality*