AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| New York Immigration Coalition, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 18-cv-05025 (JMF) |
| U.S. Department of Commerce, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Council on American-Islamic Relations, New York, Inc.

Date: 07/10/2018

*Attorney's signature*

Albert Fox Cahn (SDNY No. AC3482)
*Printed name and bar number*

CAIR-NY
46-01 20th Avenue
Queens, NY 11105

*Address*

Acahn@CAIR.COM

*E-mail address*

646-665-7599 ext. 503

*Telephone number*

*FAX number*