WILMERHALE

Alan E. Schoenfeld

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

July 11, 2018

**VIA ECF AND EXPRESS MAIL**

Hon. Jesse M. Furman
United States District Court
    for the Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *New York Immigration Coalition v. U.S. Department of Commerce*,
              No. 18 Civ. 5025

Dear Judge Furman:

This firm represents The Leadership Conference on Civil and Human Rights et al. (collectively, The Leadership Conference) in connection with the above-mentioned case.  The Leadership Conference filed an amicus brief, with the consent of all parties, in the parallel challenge pending before Your Honor to the proposed inclusion of a citizenship question in the 2020 census.  *See State of New York v. United States Department of Commerce*, No. 18 Civ. 2921 (Dkt. Nos. 187 (motion and brief), 188 (order granting leave to file)).

In an effort not to burden the Court's docket with duplicative motions and filings, The Leadership Conference respectfully directs the Court to the arguments advanced in its amicus brief in *State of New York*, which are equally applicable to this challenge, and respectfully requests that the Court consider those arguments in addressing defendants' motion to dismiss in this case.

Counsel for all parties consent to this request.  If the Court prefers, we would happily re-file the amicus brief and motion for leave to file on the docket in this case.

Respectfully submitted,


/s/ Alan Schoenfeld
Alan E. Schoenfeld



cc: All Counsel of Record (ECF)