# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK IMMIGRATION COALITION, et al, | ) ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) No. 1:18-CV-5025 (JMF) ) |
| UNITED STATES DEPARTMENT OF COMMERCE, et al, | ) ) ) ) |
| *Defendants*. | ) ) ) |

## NOTICE OF FILING

Defendants respectfully provide notice to this Court and to the other parties of the filing of a corrected declaration of Dr. John M. Abowd. Dr. Abowd's declaration was originally filed with this Court as an attachment to Defendants' August 7, 2018 response to Plaintiffs' letter motion requesting a status conference, and was docketed as ECF No. 228-1. After filing, Dr. Abowd discovered that he had inadvertently omitted some documents that contain information protected from disclosure under Article XIII, and miscategorized other documents that contain information protected from disclosure under Article XIII. This information has been corrected in Paragraphs 24, 25, and 26 of Dr. Abowd's Corrected Declaration, which is otherwise identical to the declaration filed on August 7.

Dated: August 9, 2018                                Respectfully submitted,

                                                                        CHAD A. READLER
Acting Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

CARLOTTA P. WELLS
Assistant Branch Director

*/s/ Martin M. Tomlinson*
KATE BAILEY
GARRETT COYLE
STEPHEN EHRLICH
CAROL FEDERIGHI
DANIEL HALAINEN
REBECCA KOPPLIN
MARTIN M. TOMLINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel.:  (202) 353-4556
Fax:  (202) 616-8470
Email: martin.m.tomlinson@usdoj.gov

*Counsel for Defendants*