UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK IMMIGRATION COALITION, *et. al*,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et. al*,<br><br>Defendant. | Civil Action No. 1:18-cv-05025-JMF<br><br>Hon. Jesse M. Furman |

NOTICE OF MOTION
TO FILE AN AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion to File an Amended Complaint, dated August 22, 2018, Plaintiffs move this Court, before the Honorable Jesse M. Furman, at the United States Courthouse, 40 Centre Street, New York, NY, for an Order granting Plaintiffs' Motion to File an Amended Complaint under Federal Rule of Civil Procedure 15(a).

Dated: August 22, 2018

                                      ARNOLD & PORTER KAYE SCHOLER LLP
                                      AMERICAN CIVIL LIBERTIES UNION


                                  By: /s/ Davin Rosborough

| | |
|---|---|
| Dale Ho<br>David Hausman+<br>American Civil Liberties Union Foundation<br>125 Broad St.<br>New York, NY 10004 | Andrew Bauer<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>(212) 836-7669 |

1

| | |
|---|---|
| (212) 549-2693 | Andrew.Bauer@arnoldporter.com |
| dho@aclu.org | |
| dhausman@aclu.org | John A. Freedman |
| | David P. Gersch+ |
| Sarah Brannon+ ** | Peter T. Grossi, Jr* |
| Davin Rosborough** | R. Stanton Jones* |
| Ceridwen Cherry+ | Eric A. Rubel* |
| American Civil Liberties Union Foundation | David J. Weiner* |
| 915 15th Street, NW | Robert N. Weiner* |
| Washington, DC 20005-2313 | Barbara H. Wootton* |
| 202-675-2337 | Elisabeth S. Theodore* |
| sbrannon@aclu.org | Daniel F. Jacobson+ |
| drosborough@aclu.org | Caroline D. Kelly+ |
| ccherry@aclu.org | Christine G. Lao-Scott* |
| | Jay Z. Leff+ |
| Arthur N. Eisenberg | Chase R. Raines+ |
| Christopher T. Dunn | Dylan S. Young+ |
| Perry M. Grossman | Arnold & Porter Kaye Scholer LLP |
| New York Civil Liberties Union Foundation | Massachusetts Avenue, N.W. |
| 125 Broad St. | Washington, DC 20001-3743 |
| New York, NY 10004 | (202) 942-5000 |
| (212) 607-3300 601 | John.Freedman@arnoldporter.com |
| aeisenberg@nyclu.org | |
| cdunn@nyclu.org | Nancy G. Abudu* |
| pgrossman@nyclu.org | ACLU Foundation of Florida |
| | 4343 W. Flagler St., Suite 400 |
| Samer E. Khalaf* | Miami, FL 33134 |
| American-Arab Anti-Discrimination Committee | 786-363-2707 |
| 1705 DeSales Street, N.W., Suite 500 | nabudu@aclufl.org |
| Washington, DC 20036 | NY Bar No. 3048709 |
| 202-244-2990 | |
| skhalaf@adc.org | |

Nicholas Katz*
CASA de Maryland
8151 15th Avenue
Hyattsville, MD 20783
(240) 491-5743
nkatz@wearecasa.org

+ designates admitted pro hac vice
* designates pro hac vice application forthcoming.
** Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).

*Attorneys for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 22, 2018, the foregoing was electronically filed with the Court's CM/ECF Filing System, which will send a Notice of Electronic Filing to all parties of record who are registered with CM/ECF.

By: /s/ Davin Rosborough