# EXHIBIT B

NOT RELEVANT

**From:** Kris Kobach [mailto: ]
**Sent:** Monday, July 24, 2017 2:43 PM
**To:** Teramoto, Wendy (Federal) < >
**Cc:** Alexander, Brooke (Federal) < >; Hernandez, Israel (Federal) < >
**Subject:** Re: Follow up on our phone call

Yes.

Sent from my iPhone

On Jul 24, 2017, at 1:39 PM, Teramoto, Wendy (Federal) < > wrote:

> Kris- can you do a call with the Secretary and Izzy tomorrow at 11 am? Thanks. Wendy
>
> **From:** Kris Kobach [mailto: ]
> **Sent:** Monday, July 24, 2017 12:02 PM
> **To:** Teramoto, Wendy (Federal) < >
> **Subject:** Re: Follow up on our phone call
>
> That works for me. What number should I call? Or would you like to call me?
>
> On Mon, Jul 24, 2017 at 9:12 AM, Teramoto, Wendy (Federal) < > wrote:
>
>> We can speak today at 230. Please let me know if that works. W
>>
>> Sent from my iPhone
>>
>> On Jul 21, 2017, at 4:34 PM, Kris Kobach < > wrote:
>>
>>> Wendy,
>>>
>>> Nice meeting you on the phone this afternoon. Below is the email that I sent to Secretary Ross. He and I had spoken briefly on the phone about this issue, at the direction of Steve Bannon, a few months earlier.
>>>
>>> Let me know what time would work for you on Monday, if you would like to schedule a short call. The issue is pretty straightforward, and the text of the question to be added is in the email below.

000763

Thanks.

Kris Kobach

[redacted]

---------- Forwarded message ----------
From: **Kris Kobach** <[redacted]>
Date: Fri, Jul 14, 2017 at 9:12 AM
Subject: Follow up on our phone call
To: [redacted]


Secretary Ross,

Kansas Secretary of State Kris Kobach here. I'm following up on our telephone discussion from a few months ago. As you may recall, we talked about the fact that the US census does not currently ask respondents their citizenship. This lack of information impairs the federal government's ability to do a number of things accurately. It also leads to the problem that aliens who do not actually "reside" in the United States are still counted for congressional apportionment purposes.

It is essential that one simple question be added to the upcoming 2020 census. That question already appears on the American Community Survey that is conducted by the Census Burear (question #8). A slight variation of that question needs to be added to the census. It should read as follows:

**Is this person a citizen of the United States?**

☐**Yes, born in the United States**

☐**Yes, born in Puerto Rico, Guam, the U.S. Virgin Islands, or Northern Marianas**

☐**Yes, born abroad of U.S. citizen parent or parents**

☐**Yes, U.S. citizen by naturalization – Print year of naturalization _____**

☐**No, not a U.S. citizen – this person is a lawful permanent resident (green card holder)**

☐**No, not a U.S. citizen – this person citizen of another country who is not a green card holder (for example holds a temporary visa or falls into another category of non-citizens)**

Please let me know if there is any assistance that I can provide to accomplish the addition of this question. You may reach me at this email address or on my cell phone at [redacted]

Yours,

Kris Kobach

000764

**To:** hilary geary
**From:** Alexander, Brooke (Federal)
**Sent:** Wed 4/5/2017 4:24:19 PM
**Importance:** Normal
**Subject:** tonight
**Received:** Wed 4/5/2017 4:24:00 PM

Mrs. Ross,

Do you have plans following the Newseum?  I'm asking because Steve Bannon has asked that the Secretary talk to someone about the Census and around 7-7:30 pm is the available time.  He could do it from the car on the way to a dinner …

Brooke V Alexander

Executive Assistant to the Secretary

The U.S. Department of Commerce

Washington, D.C.  20230

balexander@doc.gov

202-482-    office

cell