# EXHIBIT C

```
                                                         Page 1
 1   UNITED STATES DISTRICT COURT
 2   SOUTHERN DISTRICT OF NEW YORK
 3   Case No. 1:18-CF-05025-JMF
 4   ------------------------------------x
     NEW YORK IMMIGRATION COALITION, ET AL.,
 5
              Plaintiffs,
 6
 7
         - against -
 8
 9
     UNITED STATES DEPARTMENT OF COMMERCE,
10   ET AL.,
11            Defendants.
     ------------------------------------x
12            August 24, 2018
              9:07 a.m.
13
14
15       Videotaped Deposition of WENDY
16   TERAMOTO, taken by Plaintiffs, pursuant to
17   Notice, held at the offices of Arnold &
18   Porter Kaye Scholer LLP, 250 West 55th
19   Street, New York, New York, before Todd
20   DeSimone, a Registered Professional
21   Reporter and Notary Public of the State of
22   New York.
23            VERITEXT LEGAL SOLUTIONS
                MID-ATLANTIC REGION
24        1250 Eye Street NW - Suite 350
              Washington, D.C. 20005
25
```

Page 2

```
 1   A P P E A R A N C E S:
 2   ARNOLD & PORTER KAYE SCHOLER LLP
     601 Massachusetts Avenue, NW
 3   Washington, D.C. 20001
          Attorneys for New York Immigration
 4        Coalition, CASA De Maryland,
          American-Arab Anti-Discrimination
 5        Committee, ADC Research Institute and
          Make the Road New York
 6   BY:  DAVID GERSCH, ESQ.
             david.gersch@arnoldporter.com
 7        DYLAN SCOT YOUNG, ESQ.
             dylan.young@arnoldporter.com
 8        CHASE R. RAINES, ESQ. (Via Phone)
             chase.raines@arnoldporter.com
 9
10
     AMERICAN CIVIL LIBERTIES UNION
11   125 Broad Street
     18th Floor
12   New York, New York 10004
          Attorneys for New York Immigration
13        Coalition
     BY:  DALE HO, ESQ.
14           dale.ho@@aclu.org
15
16
     COVINGTON & BURLINGTON LLP
17   850 Tenth Street, NW
     Washington, D.C. 20001
18        Attorneys for Kravitz Plaintiffs
     BY:  DANIEL T. GRANT, ESQ.
19           dgrant@cov.com
20
21
     DANIELS WOLIVER KELLEY
22   115 Pine Avenue
     Suite 500
23   Long Beach, California 90802
          Attorneys for Los Angeles Unified
24        School District
     BY:   KEITH YEOMANS, ESQ. (Via Phone)
25           kyeomans@dwkesq.com
```

Page 3

```
 1   A P P E A R A N C E S: (Continued)
 2   MALDEF
     1512 14th Street
 3   Sacramento, California 95814
          Attorneys for LUPE Plaintiffs
 4   BY:  DENISE HULETT, ESQ.
             dhulett@maldef.org
 5        JULIA GOMEZ, ESQ.
            jgomez@maldef.org
 6        ANDREA SENTENO, ESQ. (Via Phone)
            asenteno@maldef.org
 7
 8
     ASIAN AMERICANS ADVANCING JUSTICE
 9   1620 L Street, NW
     Suite 1050
10   Washington, D.C. 20036
          Attorneys for LUPE Plaintiffs
11   BY:  NIYATI SHAH, ESQ. (Via Phone)
             nshah@advancingjustice-aajc.org
12
13
14
     MANATT, PHELPS & PHILLIPS LLP
15   7 Times Square
     New York, New York 10036
16       Attorneys for City of San Jose & Black
         Alliance for Just Immigration
17   BY:  ANDREW CASE, ESQ.
             acase@manatt.com
18
19
20   LAWYERS COMMITTEE FOR CIVIL
     RIGHTS UNDER LAW
21   1401 New York Avenue, NW
     Suite 400
22   Washington, D.C. 20005
         Attorneys for City of San Jose & Black
23       Alliance for Just Immigration
     BY:  EZRA ROSENBERG, ESQ.
24          erosenberg@lawyerscommittee.org
25
```

Page 4

```
 1   A P P E A R A N C E S: (Continued)
 2   STATE OF CALIFORNIA
     DEPARTMENT OF JUSTICE
 3   OFFICE OF THE ATTORNEY GENERAL
     1300 I Street
 4   P.O. Box 944255
     Sacramento, California 94244
 5        Attorneys for State of California
     BY:   GABRIELLE BOUTIN, ESQ.
 6          gabrielle.boutin@doj.ca.gov
           MATTHEW WISE, ESQ. (Via Phone)
 7          matthew.wise@doj.ca.gov
 8
     STATE OF NEW YORK
 9   OFFICE OF THE ATTORNEY GENERAL
     28 Liberty Street
10   New York, New York 10005
          Attorneys for State of New York
11   BY:   ELENA GOLDSTEIN, ESQ.
            elena.goldstein@ag.ny.gov
12         MATTHEW COLANGELO, ESQ.
            matthew.colangelo@ag.ny.gov
13         ALEX W. FINKELSTEIN, ESQ.
            alex.finkelstein@ag.ny.gov
14
15
16   U.S. DEPARTMENT OF JUSTICE
     20 Massachusetts Avenue
17   Washington, D.C. 20530
          Attorneys for Defendants
18   BY:   CARLOTTA WELLS, ESQ.
            carlotta.wells@usdoj.gov
19         KATE BAILEY, ESQ.
            kate.bailey@usdoj.gov
20
21
22
23
24
25
```

Page 5

1  A P P E A R A N C E S: (Continued)
2  U.S. DEPARTMENT OF COMMERCE
   1401 Constitution Avenue, NW
3  Washington, D.C. 20230
       Attorneys for Defendants
4  BY:   MICHAEL J. WALSH, JR., ESQ.
           mwalsh@doc.gov
5        DAVID M.S. DEWHIRST, ESQ.
           ddewhirst@doc.gov
6
7
8
9  ALSO PRESENT:
10    CARLOS KING, Videographer
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
                         I N D E X

   WITNESS          EXAMINATION BY                PAGE
   TERAMOTO         GERSCH                           9
                    GOMEZ                          142
                    CASE                           170
                    WELLS                          241


                    E X H I B I T S

   TERAMOTO         DESCRIPTION                    PAGE
   Exhibit  1    Bates 001321                        23
   Exhibit  2    Bates 0003699                       28
   Exhibit  3    Bates 000763-000764                 38
   Exhibit  4    Bates 0002461                       49
   Exhibit  5    Bates 0001411-0001412               58
   Exhibit  6    Bates 0002519-0002520               63
   Exhibit  7    Bates 0002458                       67
   Exhibit  8    Bates 0002628-0002629               71
   Exhibit  9    Bates 0002651-0002652               75
   Exhibit 10    Bates 0002528                       83
   Exhibit 11    Bates 0002636-0002638               87
   Exhibit 12    Bates 001313-001320                115
   Exhibit 13    Bates 0003694                      195
   Exhibit 14    Bates 0003695-0003697              199
   Exhibit 15    Prepared Statement of              205
                 John H. Thompson
   Exhibit 16    Bates 0002167-0002169              211
   Exhibit 17    Bates 0002646-0002648              216
   Exhibit 18    Bates 0002160-0002162              221
   Exhibit 19    Bates 0002199-0002204              223
   Exhibit 20    Bates 0002525                      226
   Exhibit 21    Bates 0003597                      229
```

```
                                                              Page 7

 1    DIRECTIONS NOT TO ANSWER
 2    Page      Line
      72        1
 3    72        13
      81        11
 4    114       16
 5

 6    REQUESTS
 7    Page      Line
          (NONE)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 39

1  which at the top says from Kris Kobach to
2  Wendy Teramoto, CC Brooke Alexander, Israel
3  Hernandez, date is July 24th, 2017.
4          And my first question is, who
5  is Kris Kobach?
6      A.    I would like to read the
7  document, sir.
8      Q.    I will withdraw the question.
9  Let me ask you a different question.  If
10 you need to read the document to answer
11 that question, it is fine with me.
12          He was vice chair of the
13 Presidential Advisory Committee on Election
14 Integrity and Secretary of State of Kansas;
15 isn't that right?
16     A.    I have no idea.
17     Q.    All right.
18     A.    He was vice what?
19     Q.    Vice chair of the Presidential
20 Advisory Commission on Election Integrity.
21     A.    Okay.
22     Q.    Is this the first you're
23 hearing that?
24     A.    Yes, sir.
25     Q.    If I tell you he was Secretary

Page 40

1  of State of Kansas, have you heard that
2  before?
3        A.     Well, I just read it right
4  here.
5        Q.     So you would have known that
6  back in the day?
7        A.     No.
8        Q.     All right.  So Kris Kobach
9  writes an e-mail to you, if you look down
10 that first page, July 21, 2017, he writes
11 "Wendy, nice meeting you on the phone this
12 afternoon.  Below is the e-mail I sent to
13 Secretary Ross" --
14       A.     Sir, can I read the whole
15 e-mail, please?
16       Q.     Sure.
17       A.     Thank you.
18              (Witness perusing document.)
19       A.     Okay.
20       Q.     All right.  So there is an
21 e-mail from Kris Kobach to you, July 21, in
22 which he says -- he references meeting you
23 on the phone this afternoon.
24              Do you recall speaking with
25 Kris Kobach?

Page 41

```
 1        A.      Not at all.
 2        Q.      You don't deny speaking with
 3   him?
 4        A.      I think you asked me if I
 5   remember.  I don't remember talking to him.
 6        Q.      This is a different question.
 7                You don't deny speaking with
 8   him?
 9        A.      Given this e-mail, I would
10   assume that I spoke to him, but I don't
11   remember ever speaking to him.
12        Q.      All right.  And he asks --
13   withdrawn.
14                He says that he had sent an
15   e-mail to Secretary Ross and he attaches it
16   here.  You see that, correct?
17        A.      Well, I see his e-mail to me
18   says "Below is the e-mail that I sent to
19   Secretary Ross."
20        Q.      Okay.
21        A.      So I assume however this is
22   produced, it would have been this e-mail.
23        Q.      All right.  And one of the
24   things that the e-mail that Kris Kobach
25   forwards to you, one of the things in it is
```

Page 42

1  the statement "It is essential that one
2  simple question be added to the upcoming
3  2020 census," that's the first sentence of
4  the second paragraph of this forwarded
5  e-mail; do you see that?
6       A.    The second -- the first
7  sentence of the second paragraph that Kris
8  Kobach sent to, I believe it is Secretary
9  Ross, but I can't say his -- there is no
10 e-mail address -- says "It is essential
11 that one simple question be added to the
12 upcoming 2020 census."
13      Q.    All right.  When you spoke with
14 Kris Kobach, didn't he talk to you about
15 adding a citizenship question to the
16 census?
17      A.    Again, I have no recollection
18 ever speaking to him.
19      Q.    Who did you understand Kris
20 Kobach to be at the time?
21      A.    I had no idea.
22      Q.    Do you typically set up
23 meetings with the Secretary or calls with
24 the Secretary to people -- with people you
25 have no idea who they are?

Page 43

```
 1        A.      You asked me, sir, if at the
 2   time if I knew who Kris Kobach was, and I
 3   said I didn't.
 4        Q.      Correct.  I have asked you a
 5   different question now.
 6        A.      Okay.  Could you please repeat
 7   it?
 8        Q.      My question is, would you
 9   typically set up a call for the Secretary
10   with somebody who you didn't know anything
11   about who they were?
12        A.      Well, no.
13        Q.      Why did you do so on this
14   occasion?
15        A.      Here it looks as though he
16   forwarded to me and told me who he was.
17        Q.      Okay.  And why did you set up a
18   call with him with the Secretary?
19        A.      At this point in time, I don't
20   remember.
21        Q.      It had to do with the
22   citizenship question, didn't it?
23        A.      He had sent an e-mail
24   requesting a call, and I don't remember,
25   well, it looks like I set it up, so, you
```

1  know --
2       Q.     Ms. Teramoto, my question is
3  simply, the call that you set up, that was
4  for the purpose of discussing the
5  citizenship question, correct?
6       A.     It was -- I would have set up
7  the call because somebody had asked for a
8  call with the Secretary.
9       Q.     Didn't you set it up for the
10 Secretary in part because it was about the
11 citizenship question?
12      A.     I would have set up the call
13 because somebody had asked for the call
14 with the Secretary.  It wouldn't be
15 specifically because of a certain question.
16      Q.     You wouldn't set up a call for
17 anyone who asks for a call with the
18 Secretary, would you?
19      A.     If there is somebody who wants
20 to speak to the Secretary and it seems like
21 it is something that he would want to talk
22 about, then I would set it up.
23      Q.     So I take it he would, in your
24 mind, he would have wanted to talk about
25 the citizenship question?

Page 45

1     A.     I would have set up the call if
2  somebody like this would have asked for a
3  call with the Secretary, so if another
4  Secretary of State had asked for some call
5  with the Secretary, I would have tried to
6  facilitate that.
7     Q.     Wouldn't you have told the
8  Secretary what the topic of the call was?
9            MS. WELLS:  I object to the
10 form.
11    A.     It depends.
12    Q.     Wouldn't you have told him what
13 the topic of this call was?
14           MS. WELLS:  I object to the
15 form.
16    A.     Somebody would have told him
17 what the topic was.
18    Q.     In this time period, July 2017,
19 and earlier, hadn't you heard talk like
20 this before that it is essential that the
21 citizenship question be added to the
22 census?
23    A.     I don't remember anything
24 specific.
25           Again, sir, I was not involved

Page 244

1               CERTIFICATION

2

3     I,  TODD DeSIMONE, a Notary Public for
4   and within the State of New York, do hereby
5   certify:
6     That the witness whose testimony as
7   herein set forth, was duly sworn by me; and
8   that the within transcript is a true record
9   of the testimony given by said witness.
10    I further certify that I am not related
11  to any of the parties to this action by
12  blood or marriage, and that I am in no way
13  interested in the outcome of this matter.
14    IN WITNESS WHEREOF, I have hereunto set
15  my hand this 24th day of August, 2018.
16
17              *Todd DeSimone* (signature)

                 _____
18                  TODD DESIMONE
19
20            *       *       *
21
22
23
24
25