# EXHIBIT 9

**From**: Victoria Velkoff (CENSUS/ACSO FED) [Victoria.A.Velkoff@census.gov]
**Sent**: 7/25/2017 3:59:50 PM
**To**: Willard, Aaron (Federal) [AWillard@doc.gov]
**Subject**: Re: Tuesday availability
**Attachments**: 2010questionnaire.pdf

Hi Aaron

It was nice to talk with you and Karen today.

Below is the link to a pdf of the 2010 Census form and I have also attached it as a PDF to this email.

https://www.census.gov/history/pdf/2010questionnaire.pdf

And I am also sending you the link to the page with the pdf of the 2020 Subjects submitted to Congress:

https://www.census.gov/library/publications/2017/dec/planned-subjects-2020-acs.html

Please let me know if you need anything else.

Thanks

Tori

**Victoria Velkoff**
Division Chief
American Community Survey Office
U.S. Census Bureau

Office 301.763.1372

victoria.a.velkoff@census.gov

census.gov
Connect with us on Social Media

---

**From:** Willard, Aaron (Federal) <AWillard@doc.gov>
**Sent:** Tuesday, July 25, 2017 11:01 AM

0001393

**To:** Victoria Velkoff (CENSUS/ACSO FED)
**Subject:** Re: Tuesday availability

Will call you in 5 mins

Sent from my iPhone

On Jul 25, 2017, at 10:13 AM, Victoria Velkoff (CENSUS/ACSO FED) <Victoria.A.Velkoff@census.gov> wrote:

Hi Aaron

Sounds good. I will wait for your call.

Thanks

Tori

**Victoria Velkoff**
Division Chief
American Community Survey Office
U.S. Census Bureau

Office 301.763.1372
victoria.a.velkoff@census.gov

census.gov
Connect with us on Social Media

---

**From:** Willard, Aaron (Federal) <AWillard@doc.gov>
**Sent:** Tuesday, July 25, 2017 9:28 AM
**To:** Victoria Velkoff (CENSUS/ACSO FED)
**Subject:** RE: Tuesday availability

Tori,
What we would primarily like to discuss with you today is how the process works to when questions are discussed and approved to be used on the ACS and also those on the Census questionnaire. Likewise, we would like to know how issues surrounding things like SOGI are discussed and reviewed throughout this process as well.
Looking forward to speaking with you, and thanks again for your time.
~Aaron

**From:** Victoria Velkoff (CENSUS/ACSO FED) [mailto:Victoria.A.Velkoff@census.gov]
**Sent:** Monday, July 24, 2017 7:23 PM

**To:** Willard, Aaron (Federal) <AWillard@doc.gov>
**Subject:** Re: Tuesday availability

Hi Aaron

Yes I can be available.  My phone is 301-763-1372.

Thanks

Tori

On Jul 24, 2017, at 5:14 PM, Willard, Aaron (Federal) <AWillard@doc.gov> wrote:
Tori,
Alan Lang had suggested I reach out to you. Our nominee, Karen Dunn Kelley for ESA would like review the process for how questions are created and chosen for the ACS. Would you be available tomorrow (Tuesday)  at 11am?

*Aaron Willard*
*Director, Intergovernmental Affairs*
*U.S. Department of Commerce*
awillard@doc.gov
cell ██████████
office (202) 482-1148

**From**: Willard, Aaron (Federal) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FB0E265C00B14FED962F1E5A35229987-AARON WILLA]
**Sent**: 7/25/2017 6:17:17 PM
**To**: Victoria Velkoff (CENSUS/ACSO FED) [Victoria.A.Velkoff@census.gov]
**Subject**: RE: Tuesday availability


Thanks for taking the time to talk with us, much appreciated.

~Aaron


**From:** Victoria Velkoff (CENSUS/ACSO FED) [mailto:Victoria.A.Velkoff@census.gov]
**Sent:** Tuesday, July 25, 2017 12:00 PM
**To:** Willard, Aaron (Federal) <AWillard@doc.gov>
**Subject:** Re: Tuesday availability

Hi Aaron

It was nice to talk with you and Karen today.

Below is the link to a pdf of the 2010 Census form and I have also attached it as a PDF to this email.

https://www.census.gov/history/pdf/2010questionnaire.pdf

And I am also sending you the link to the page with the pdf of the 2020 Subjects submitted to Congress:

https://www.census.gov/library/publications/2017/dec/planned-subjects-2020-acs.html
Please let me know if you need anything else.

Thanks


Tori



**Victoria Velkoff**
Division Chief
American Community Survey Office
U.S. Census Bureau


Office 301.763.1372

0001404

victoria.a.velkoff@census.gov

census.gov
Connect with us on Social Media

---

**From:** Willard, Aaron (Federal) <AWillard@doc.gov>
**Sent:** Tuesday, July 25, 2017 11:01 AM
**To:** Victoria Velkoff (CENSUS/ACSO FED)
**Subject:** Re: Tuesday availability

Will call you in 5 mins

Sent from my iPhone

On Jul 25, 2017, at 10:13 AM, Victoria Velkoff (CENSUS/ACSO FED) <Victoria.A.Velkoff@census.gov> wrote:

Hi Aaron

Sounds good. I will wait for your call.

Thanks

Tori

**Victoria Velkoff**
Division Chief
American Community Survey Office
U.S. Census Bureau

Office 301.763.1372
victoria.a.velkoff@census.gov

census.gov
Connect with us on Social Media

**From:** Willard, Aaron (Federal) <AWillard@doc.gov>
**Sent:** Tuesday, July 25, 2017 9:28 AM
**To:** Victoria Velkoff (CENSUS/ACSO FED)
**Subject:** RE: Tuesday availability

Tori,

What we would primarily like to discuss with you today is how the process works to when questions are discussed and approved to be used on the ACS and also those on the Census questionnaire. Likewise, we would like to know how issues surrounding things like SOGI are discussed and reviewed throughout this process as well.

Looking forward to speaking with you, and thanks again for your time.

~Aaron

**From:** Victoria Velkoff (CENSUS/ACSO FED) [mailto:Victoria.A.Velkoff@census.gov]
**Sent:** Monday, July 24, 2017 7:23 PM
**To:** Willard, Aaron (Federal) <AWillard@doc.gov>
**Subject:** Re: Tuesday availability

Hi Aaron

Yes I can be available.  My phone is 301-763-1372.

Thanks

Tori

On Jul 24, 2017, at 5:14 PM, Willard, Aaron (Federal) <AWillard@doc.gov> wrote:

Tori,

Alan Lang had suggested I reach out to you. Our nominee, Karen Dunn Kelley for ESA would like review the process for how questions are created and chosen for the ACS. Would you be available tomorrow (Tuesday)  at 11am?

*Aaron Willard*

*Director, Intergovernmental Affairs*

*U.S. Department of Commerce*

awillard@doc.gov

cell █████████

office (202) 482-1148

| | |
|---|---|
| **From:** | /O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=21D43E8C97CF40F18D59EC30016AC9E8-SARAH PARK-[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=21D43E8C97CF40F18D59EC30016AC9E8-SARAH PARK-] |
| **Sent:** | 9/5/2017 3:04:17 PM |
| **To:** | Kelley, Karen (Federal) [████████████] |
| **CC:** | Willard, Aaron (Federal)   ████████████ |
| **Subject:** | Items to cover w/ Izzy |
| **Attachments:** | 9.5.17_Izzy Items to Cover.docx |
| | |
| **Importance:** | High |

Karen,

Please find below, and attached, a list of items to cover with Izzy today.  Unfortunately, due to some last minute scheduling, he is available to meet at 5:30 pm. This has been added to your calendar.

Izzy also just confirmed there is a 3:30 pm with the Secretary to discuss the budget, including Census.  I'm going to see if Aaron and I can finalize the slides for you to share. Will send that over as soon as we can.

I'll get hopping into a 11:45 am NAFTA update, but am available thereafter.

Please let us know if you need anything else.

Sahra

<u>Izzy Items to Cover</u>

1.  Last week Census visit
a.  Follow-up visit with contractors Thursday
b.  Unfinished items: Contracts, CEDCap, Technology integration
c.  Program Management, Master Schedule

2.  Census vacancies
a.  Enrique's departure end of year
b.  ESA dissolving

3.  Detail: Aaron, Kevin Q.

4.  ESA
a.  Talents
b.  Reprogramming doc (CJS appropriations bill; transmitted to Hill this week?)
The Committee does not object to the Department's proposed consolidation of the Economics and Statistics Administration and the Bureau of Economic Analysis [BEA]; however, **the proposed consolidation will not be approved until a reprogramming package detailing the planned consolidation is approved by the Committee**. The reprogramming should include additional information about the impacts of the consolidation, including whether Gross Domestic Product [GDP] estimates and other critical economic reports will be released by BEA or by the Office of the Secretary; an accounting of which positions will be moved to BEA or to the Office of the Secretary, or will be eliminated entirely; and how the Under Secretary of Commerce for Economic Affairs will oversee BEA, the Bureau of the Census, and activities conducted within the Office of the Secretary.

5.  Consultants: roles

6.  GAO:  address canvassing response letter

7.  Income-Poverty statics release (Hill briefing Sept. 14th)

0009799

8.  John Thompson
a.  Becky Blank
b.  Mark Doms
c.  Bob Gross

9.  End-to-End site visit (Sept. Rhode Island: Sahra and Aaron)

10. Hurricane Harvey response memo

11. Higgins Amendment:  House Rules committee considering today at 4:00 pm.  An amendment that would block all fiscal 2018 funding for the 2020 decennial census unless the survey includes questions about residents' citizenship and immigration status. The amendment comes amid concerns that the 2020 census is already in danger of being underfunded.

12. Troika

**From:**     Willard, Aaron (Federal) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FB0E265C00B14FED962F1E5A35229987-AARON WILLA]
**Sent:**      12/5/2017 3:49:29 PM
**To:**        Robinson, Barry (Federal) [BRobinson@doc.gov]; Quinley, Kevin [kevin.quinley@census.gov]
**Subject:**   Intro


Barry copied in this email is Kevin Quinley whom Karen mentioned is helping us over at Census. Could you please work with him on a document that lays out the process for considering questions.
-Aaron

Sent from my iPhone

0003887

# EXHIBIT 10

| | |
|---|---|
| **From:** | Stephen L Buckner (CENSUS/ADCOM FED) [Stephen.L.Buckner@census.gov] |
| **Sent:** | 12/19/2017 6:49:06 PM |
| **To:** | Ron S Jarmin (CENSUS/ADEP FED) [Ron.S.Jarmin@census.gov]; Enrique Lamas (CENSUS/ADDP FED) [Enrique.Lamas@census.gov] |
| **Subject:** | Fwd: DOC guidance sought on questions arising from the DOJ letter |

Begin forwarded message:

**From:** "Alan Lang (CENSUS/OCIA FED)" <alan.lang@census.gov>

**Date:** December 19, 2017 at 1:46:51 PM EST

**To:** "Platt, Mike (Federal)" < ██████████ >, Brian Lenihan ██████████ >

**Cc:** "Stephen L Buckner (CENSUS/ADCOM FED)" <Stephen.L.Buckner@census.gov>, "J██████████"
< ██████████ >

**Subject: DOC guidance sought on questions arising from the DOJ letter**

Mike et al,

Stephen is en route to DOC and asked me to let you know that he'd like to synch up with you on potential questions regarding the DOJ letter. With tomorrow's All Senate briefing set for 10 am and the briefing request from Rep. Cuellar regarding the ACO issue, we'd like to have DOC guidance on how to respond to certain questions that may be posed to Census briefers this week.  Stephen will follow up with you in person shortly...

Many thanks,

Alan

_____

Alan Lang

Acting Chief, Office of Congressional and

Intergovernmental Affairs, U.S. Census Bureau

U.S. Department of Commerce

Office: 301-763-1950

*Connect with us:* 

| | |
|---|---|
| **From**: | Zadrozny, John A. EOP/WHO [⬚ **PII** ⬚] |
| **Sent**: | 12/20/2017 1:46:17 AM |
| **To**: | Uthmeier, James (Federal) [⬚ **PII** y] |
| **Subject**: | RE: Census Question Request |

James:

10-4. I am more or less online now, ████████████████████████ I can either talk around 9:00 p.m., or we can connect around 8:00 a.m. tomorrow morning, if that worked for you.

I just wanted to make sure you were looped in to this. The only questions I really have are, ████████████ ████████████████████████████████████████

JZ

w:
c: ⬚ **PII** ⬚

**From:** Uthmeier, James (Federal) [mailto⬚ **PII** ⬚]
**Sent:** Tuesday, December 19, 2017 8:01 PM
**To:** Zadrozny, John A. EOP/WHO <⬚ **PII** ⬚>
**Subject:** Re: Census Question Request

Hi John.  I'm looped in.  Should be available to talk in about 10-15.  Can give more context. My number is ⬚ **PII** ⬚

Sent from my iPhone

On Dec 19, 2017, at 6:47 PM, Zadrozny, John A. EOP/WHO <⬚ **PII** ⬚> wrote:

James:

**Heads-up. Might need your help with this ASAP.**

I'm about to leave the office and will be out of pocket for about an hour, but should be online and able to talk around 8:00 p.m. at the latest.

Thanks in advance for your assistance,

John A. Zadrozny

Special Assistant to the President

Justice and Homeland Security

Domestic Policy Council

Executive Office of the President

w: **PII**

c:

**From:** Page, Ben J. EOP/OMB [mailto **PII** ]
**Sent:** Tuesday, December 19, 2017 5:52 PM
**To:** Simms, Cindy B. EOP/WHO < **PII** >; Lenihan, Brian (Federal) < **PII** >; Anderson, Jessica C. EOP/OMB < **PII** >
**Cc:** Platt, Mike (Federal) < **PII** >; Lai, Joseph G. EOP/WHO < **PII** >; Swonger, Amy H. EOP/WHO < **PII** >; Zadrozny, John A. EOP/WHO < **PII** >; Flynn, Matthew J. EOP/WHO < **PII** >; Kraninger, Kathleen L. EOP/OMB < **PII** >; Enger, Michelle A. EOP/OMB < **PII** >; Marten, Lexi N. EOP/OMB < **PII** >
**Subject:** RE: Census Question Request

+ others from OMB



**From:** Simms, Cindy B. EOP/WHO [ **PII** ]
**Sent:** Tuesday, December 19, 2017 5:44 PM
**To:** Lenihan, Brian (Federal) < **PII** >; Page, Ben J. EOP/OMB < **PII** >; Anderson, Jessica C. EOP/OMB < **PII** >
**Cc:** Platt, Mike (Federal) < **PII** >; Lai, Joseph G. EOP/WHO < **PII** >; Swonger, Amy H. EOP/WHO < **PII** >; Zadrozny, John A. EOP/WHO < **PII** >; Flynn, Matthew J. EOP/WHO < **PII** >
**Subject:** RE: Census Question Request

Adding Ben Page and Jessica Anderson from OMB.

**From:** Lenihan, Brian (Federal) [mailto:[ PII ]
**Sent:** Tuesday, December 19, 2017 5:10 PM
**To:** Simms, Cindy B. EOP/WHO <[ PII ]>
**Cc:** Platt, Mike (Federal) <[ PII ]>; Lai, Joseph G. EOP/WHO <[ PII ]>; Swonger, Amy H. EOP/WHO <[ PII ]>; Zadrozny, John A. EOP/WHO <[ PII ]>; Flynn, Matthew J. EOP/WHO <[ PII ]>
**Subject:** Re: Census Question Request

I believe we have a reprieve but we should still visit on this matter.

Brian J. Lenihan

Commerce O/S

[ PII ]

On Dec 19, 2017, at 4:56 PM, Simms, Cindy B. EOP/WHO <[ PII ]> wrote:

John Zadrozny from our DPC team is going to reach out to you. Not sure we'd be able to clear an official position that quickly but I know John will follow up.

**From:** Lenihan, Brian (Federal) [mailto:[ PII ]
**Sent:** Tuesday, December 19, 2017 3:39 PM
**To:** Platt, Mike (Federal) <[ PII ]>; Simms, Cindy B. EOP/WHO <[ PII ]>
**Cc:** Lai, Joseph G. EOP/WHO <[ PII ]>; Swonger, Amy H. EOP/WHO <[ PII ]>
**Subject:** RE: Census Question Request

This is a short fuse – before COB, we need to advise the Secretary of the WH view on notifying Congress on the DOJ request and how that would affect the agenda for the remainder of the week.

**From:** Platt, Mike (Federal)
**Sent:** Tuesday, December 19, 2017 3:36 PM
**To:** Simms, Cindy B. EOP/WHO <[ PII ]>
**Cc:** Lenihan, Brian (Federal) <[ PII ]>; Lai, Joseph G. EOP/WHO <[ PII ]>; Amy H. EOP/WHO Swonger <[ PII ]>
**Subject:** Re: Census Question Request

Any feedback on this.

0011167

On Dec 19, 2017, at 10:29 AM, Simms, Cindy B. EOP/WHO < [ PII ] > wrote:

Thanks, Brian. Let me do some internal outreach before I put everyone on an email. Will be in touch.


**From:** Lenihan, Brian (Federal) [mailto: [ PII ]
**Sent:** Tuesday, December 19, 2017 10:14 AM
**To:** Simms, Cindy B. EOP/WHO < [ PII ] >; Lai, Joseph G. EOP/WHO < [ PII ] >
**Cc:** Platt, Mike (Federal) < [ PII ] >
**Subject:** Census Question Request


Cindy/Joe –


The Census Bureau has received a request from DOJ to reinstate the citizenship question on the 2020 Decennial. Can you assist with looping in the policy and legal staff that can assist with addressing this matter.


Regards,

Brian



**Brian J. Lenihan**

Deputy Assistant Secretary

Office of Legislative and Intergovernmental Affairs

U.S. Department of Commerce

D: 202.482. [ PII ] C: [ PII ]

0011168

| | |
|---|---|
| **From**: | [PII] [PII] |
| **Sent**: | 12/20/2017 1:01:09 AM |
| **To**: | Zadrozny, John A. EOP/WHO [ [PII] |
| **Subject**: | Re: Census Question Request |

Hi John.  I'm looped in.  Should be available to talk in about 10-15.  Can give more context.  My number is [PII]

Sent from my iPhone

On Dec 19, 2017, at 6:47 PM, Zadrozny, John A. EOP/WHO < [PII] > wrote:

James:

**Heads-up. Might need your help with this ASAP.**

I'm about to leave the office and will be out of pocket for about an hour, but should be online and able to talk around 8:00 p.m. at the latest.

Thanks in advance for your assistance,

John A. Zadrozny
Special Assistant to the President
Justice and Homeland Security
Domestic Policy Council
Executive Office of the President
w: [PII]
c: [PII]


**From:** Page, Ben J. EOP/OMB [mailto: [PII] ]
**Sent:** Tuesday, December 19, 2017 5:52 PM
**To:** Simms, Cindy B. EOP/WHO < [PII] >; Lenihan, Brian (Federal) < [PII] >; Anderson, Jessica C. EOP/OMB < [PII] >
**Cc:** Platt, Mike (Federal) < [PII] >; Lai, Joseph G. EOP/WHO < [PII] >; Swonger, Amy H. EOP/WHO < [PII] >; Zadrozny, John A. EOP/WHO < [PII] >; Flynn, Matthew J. EOP/WHO < [PII] >; Kraninger, Kathleen L. EOP/OMB < [PII] >; Enger, Michelle A. EOP/OMB < [PII] >; Marten, Lexi N. EOP/OMB < [PII] >
**Subject:** RE: Census Question Request

+ others from OMB

████████████████████████████████████████

**From:** Simms, Cindy B. EOP/WHO [mailto: `PII` ]
**Sent:** Tuesday, December 19, 2017 5:44 PM
**To:** Lenihan, Brian (Federal) < `PII` >; Page, Ben J. EOP/OMB < `PII` >;
Anderson, Jessica C. EOP/OMB < `PII` >
**Cc:** Platt, Mike (Federal) < `PII` >; Lai, Joseph G. EOP/WHO < `PII` >; Swonger, Amy H.
EOP/WHO < `PII` >; Zadrozny, John A. EOP/WHO < `PII` >; Flynn,
Matthew J. EOP/WHO < `PII` >
**Subject:** RE: Census Question Request

Adding Ben Page and Jessica Anderson from OMB.

**From:** Lenihan, Brian (Federal) [mailto: `PII` ]
**Sent:** Tuesday, December 19, 2017 5:10 PM
**To:** Simms, Cindy B. EOP/WHO < `PII` >
**Cc:** Platt, Mike (Federal) < `PII` >; Lai, Joseph G. EOP/WHO < `PII` >; Swonger, Amy H.
EOP/WHO < `PII` >; Zadrozny, John A. EOP/WHO < `PII` >; Flynn,
Matthew J. EOP/WHO < `PII` >
**Subject:** Re: Census Question Request

I believe we have a reprieve but we should still visit on this matter.

Brian J. Lenihan
Commerce O/S
`PII`

On Dec 19, 2017, at 4:56 PM, Simms, Cindy B. EOP/WHO < `PII` > wrote:
John Zadrozny from our DPC team is going to reach out to you. Not sure we'd be able to clear an official position that quickly but I know John will follow up.

**From:** Lenihan, Brian (Federal) [mailto: `PII` ]
**Sent:** Tuesday, December 19, 2017 3:39 PM
**To:** Platt, Mike (Federal) < `PII` >; Simms, Cindy B. EOP/WHO < `PII` >
**Cc:** Lai, Joseph G. EOP/WHO < `PII` >; Swonger, Amy H. EOP/WHO
< `PII` >
**Subject:** RE: Census Question Request

This is a short fuse – before COB, we need to advise the Secretary of the WH view on notifying Congress on the DOJ request and how that would affect the agenda for the remainder of the week.

**From:** Platt, Mike (Federal)
**Sent:** Tuesday, December 19, 2017 3:36 PM

**To:** Simms, Cindy B. EOP/WHO < _____ PII _____ >
**Cc:** Lenihan, Brian (Federal) < ___ PII ___ >; Lai, Joseph G. EOP/WHO < _____ PII _____ >; Amy H. EOP/WHO Swonger < ___ PII ___ >
**Subject:** Re: Census Question Request

Any feedback on this.


On Dec 19, 2017, at 10:29 AM, Simms, Cindy B. EOP/WHO < _____ PII _____ > wrote:

Thanks, Brian. Let me do some internal outreach before I put everyone on an email. Will be in touch.

**From:** Lenihan, Brian (Federal) [mailto: ___ PII ___ ]
**Sent:** Tuesday, December 19, 2017 10:14 AM
**To:** Simms, Cindy B. EOP/WHO < ___ PII ___ >; Lai, Joseph G. EOP/WHO < ___ PII ___ >
**Cc:** Platt, Mike (Federal) < ___ PII ___ >
**Subject:** Census Question Request


Cindy/Joe –

The Census Bureau has received a request from DOJ to reinstate the citizenship question on the 2020 Decennial. Can you assist with looping in the policy and legal staff that can assist with addressing this matter.


Regards,
Brian


**Brian J. Lenihan**
Deputy Assistant Secretary
Office of Legislative and Intergovernmental Affairs
U.S. Department of Commerce
D: 202.482. PII C: PII

| | |
|---|---|
| **From**: | Zadrozny, John A. EOP/WHO [⬚ **PII** ⬚] |
| **Sent**: | 2/21/2018 11:02:38 PM |
| **To**: | Lenihan, Brian (Federal) [⬚ **PII** ⬚] |
| **CC**: | Uthmeier, James (Federal) [⬚ **PII** ⬚]; Hamilton, Gene (OAG) [⬚ **PII** ⬚]; Sherk, James B. EOP/WHO [⬚ **PII** ⬚] |
| **Subject**: | RE: Conversation Next Week |

Thanks, Brian.


JZ

w:[⬚ **PII** ⬚]

c: [⬚ **PII** ⬚]



**From:** Lenihan, Brian (Federal) [mailto:[⬚ **PII** ⬚]
**Sent:** Wednesday, February 21, 2018 5:52 PM
**To:** Zadrozny, John A. EOP/WHO <[⬚ **PII** ⬚]>
**Cc:** Uthmeier, James (Federal) <[⬚ **PII** ⬚]>; Hamilton, Gene (OAG) <[⬚ **PII** ⬚]>; Sherk, James B. EOP/WHO <[⬚ **PII** ⬚]>
**Subject:** Re: Conversation Next Week


Monday afternoon is good on my end


BJL
[⬚ **PII** ⬚]
via iPad


On Feb 21, 2018, at 5:49 PM, Zadrozny, John A. EOP/WHO <[⬚ **PII** ⬚]> wrote:

James:


If Brian is okay with it, I have no problem on waiting until you get back. I know this conversation is somewhat time-sensitive, though.


I should be able to do Monday 2/26, working around some PCCs and a couple of other meetings.


Does 4:00-5:00 p.m. work for the group on Monday? If so, I can set logistics and send out a calendar appointment.


(Also, I am adding James Sherk.)

JZ

w: **PII**

c: **PII**

**From:** Uthmeier, James (Federal) [mailto: **PII** ]
**Sent:** Wednesday, February 21, 2018 5:00 PM
**To:** Zadrozny, John A. EOP/WHO < **PII** >; Lenihan, Brian (Federal) < **PII** >
**Cc:** Hamilton, Gene (OAG) < **PII** >
**Subject:** Re: Conversation Next Week

Hey John,

I can make a call work tomorrow but would prefer Monday if at all possible.  Let me know - we might have some better updates at that time.

Thanks,

James

---

On: 21 February 2018 20:36,
"Zadrozny, John A. EOP/WHO" < **PII** > wrote:

Brian:

Let me know. I can track down a call-in number.

JZ

w: **PII**

c: **PII**

**From:** Lenihan, Brian (Federal) **PII**
**Sent:** Wednesday, February 21, 2018 1:24 PM
**To:** Zadrozny, John A. EOP/WHO < **PII** >
**Cc:** Uthmeier, James (Federal) < **PII** >; Hamilton, Gene (OAG) < **PII** >
**Subject:** Re: Conversation Next Week

I am checking to see if James can call in from abroad (7+ hrs)


BJL

[ **PII** ]

via iPad


On Feb 16, 2018, at 12:58 PM, Zadrozny, John A. EOP/WHO < [ **PII** ] > wrote:

Brian, James, and Gene:


I wanted to connect with the three of you about having that conversation we discussed at some point next week.


Please let me know who else from your respective agencies needs to be in attendance. We will host. We have significant scheduling flexibility after next Tuesday 2/20, but as a starter suggestion, how about **Thursday 2/22 from 11:00 a.m.-noon**? Once we pin down time, I will send out a WAVES link and make other necessary arrangements.


Please do not hesitate to call me if questions.


John A. Zadrozny

Special Assistant to the President

Justice and Homeland Security

Domestic Policy Council

Executive Office of the President

w: 
c: