IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>   Defendants. | No. 1:18-cv-2921 (JMF) |
| NEW YORK IMMIGRATION COALITION, *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, *et al.*,<br><br>   Defendants. | No. 1:18-cv-5025 (JMF) |

**JOINT MOTION FOR ENTRY OF FED. R. EVID. 502(D) ORDER**

  The parties respectfully move the Court, pursuant to Federal Rule of Evidence 502(d), to enter the attached order governing the inadvertent production of documents that may be privileged or protected.  In support of this motion, the parties state as follows:

1. The parties have exchanged discovery requests that seek documents or other information that may be privileged or protected from disclosure.

2. To guard against the risk of inadvertent waiver of any applicable privileges or protections, the parties have conferred and agreed on a procedure to assert such claims after production pursuant to Federal Rule of Evidence 502(d).

3. Accordingly, the parties respectfully request that the Court enter the attached proposed order.

Dated: September 4, 2018

        Respectfully submitted,

        CHAD A. READLER
        Acting Assistant Attorney General

        BRETT A. SHUMATE
        Deputy Assistant Attorney General

        JOHN R. GRIFFITHS
        Director, Federal Programs Branch

        CARLOTTA P. WELLS
        JOSHUA E. GARDNER
        Assistant Branch Directors

        */s/Carol Federighi*
        GARRETT COYLE
        STEPHEN EHRLICH
        CAROL FEDERIGHI
        MARTIN TOMLINSON
        Trial Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., N.W.
        Washington, DC 20530
        Tel.: (202) 514-1903
        Email: carol.federighi@usdoj.gov

        *Counsel for Defendants*

BARBARA D. UNDERWOOD
*Attorney General of the State of New York*

By: */s/ Matthew Colangelo*
Matthew Colangelo (MC-1746)
  *Executive Deputy Attorney General*
Elena Goldstein (EG-8586), *Senior Trial Counsel*
Ajay Saini (AS-7014), *Assistant Attorney General*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
Matthew.Colangelo@ag.ny.gov

Attorneys for *State of New York* Plaintiffs, 18-CV-2921

ARNOLD & PORTER KAYE SCHOLER LLP
AMERICAN CIVIL LIBERTIES UNION

| | |
|---|---|
| | By:   /s/ John A. Freedman |
| Dale Ho | Andrew Bauer |
| American Civil Liberties Union Foundation | Arnold & Porter Kaye Scholer LLP |
| 125 Broad St. | 250 West 55th Street |
| New York, NY 10004 | New York, NY 10019-9710 |
| (212) 549-2693 | (212) 836-7669 |
| dho@aclu.org | Andrew.Bauer@arnoldporter.com |
| | |
| Sarah Brannon[+][**] | John A. Freedman |
| American Civil Liberties Union Foundation | Arnold & Porter Kaye Scholer LLP |
| 915 15th Street, NW | 601 Massachusetts Avenue, N.W. |
| Washington, DC 20005-2313 | Washington, DC 20001-3743 |
| 202-675-2337 | (202) 942-5000 |
| sbrannon@aclu.org | John.Freedman@arnoldporter.com |
| | |
| Perry M. Grossman | |
| New York Civil Liberties Union Foundation | |
| 125 Broad St. | |
| New York, NY 10004 | |
| (212) 607-3300 601 | |
| pgrossman@nyclu.org | Attorneys for *NYIC* Plaintiffs, 18-CV-5025 |

\*\* Not admitted in the District of Columbia; practice limited pursuant to D.C. App. R. 49(c)(3).