# Exhibit 7

**From:** Gary, Arthur (JMD)
**To:** Posner, Morton J (JMD)
**Subject:** FW: Close Hold: Draft Letter
**Date:** Friday, November 03, 2017 5:17:00 PM
**Attachments:** Letter (rev).docx

Here ya go!

**From:** Gore, John (CRT)
**Sent:** Friday, November 03, 2017 5:11 PM
**To:** Gary, Arthur (JMD) <agary@jmd.usdoj.gov>
**Subject:** Close Hold: Draft Letter

Art:

The draft letter that we discussed earlier this week is attached. Let's touch base early next week once you've had a chance to review it.

Thanks, and have a great weekend.

John M. Gore
Acting Assistant Attorney General
Civil Rights Division
U.S. Department of Justice
(b) (6)
john.gore@usdoj.gov

| | |
|---|---|
| **From:** | Gary, Arthur (JMD) |
| **To:** | Flores, Sarah Isgur (OPA); Gore, John (CRT) |
| **Cc:** | Allen, Michael (JMD DAAG); Lofthus, Lee J (JMD); Prior, Ian (OPA); Hornbuckle, Wyn (OPA) |
| **Subject:** | FW: DOJ / Census story (Deadline 2:45pm) |
| **Date:** | Friday, December 29, 2017 1:04:00 PM |
| **Attachments:** | Dr. Ron Jarmin - US Census Bureau.pdf |

Sarah & John - I've received both the email below (as has OPA) and a VM asking about my letter to Commerce/Census, which I sent on December 18 on behalf of the Department at the request of leadership, working with John. A copy of my letter is attached. I'm in all afternoon -- happy to discuss. My direct line is (b) (6).

Thanks,

Art

Arthur E. Gary
General Counsel
Justice Management Division
U.S. Department of Justice
Two Constitution Square, Suite 8E.500
145 N. Street, NE
Washington, DC 20530
202-514-3452 (OGC main line)

NOTICE: This email (including any attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient (or the recipient's agent), you are hereby notified that any dissemination, distribution, copying, or use of this email or its contents is strictly prohibited. If you received this email in error, please notify the sender immediately and destroy all copies.

**From:** Justin Elliott [mailto:Justin.Elliott@propublica.org]
**Sent:** Friday, December 29, 2017 12:47 PM
**To:** Press <Press@jmd.usdoj.gov>
**Cc:** Gary, Arthur (JMD) <agary@jmd.usdoj.gov>
**Subject:** DOJ / Census story (Deadline 2:45pm)

Hi,

I'm a reporter with ProPublica in New York. I'm working on a story today on Arthur Gary's Dec. 12 letter to Dr. Ron Jarmin of the Census Bureau requesting that the Census add a question about immigration status. I've pasted the full text of the letter below.

My deadline is 2:45 pm EST today (Friday).