# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of September, two thousand and eighteen.

Before:       Dennis Jacobs,
*Circuit Judge.*

_____

In Re: United States Department of Commerce, Wilbur L. Ross, in his official capacity as Secretary of Commerce, United States Census Bureau, an agency within the United States Department of Commerce, Ron S. Jarmin, in his capacity as the Director of the U.S. Census Bureau,

          Petitioners,

*******************************************

United States Department of Commerce, Wilbur L. Ross, in his official capacity as Secretary of Commerce, United States Census Bureau, an agency within the United States Department of Commerce, Ron S. Jarmin, in his capacity as the Director of the U.S. Census Bureau,

          Petitioners,

v.

State of New York, State of Connecticut, State of Delaware, District of Columbia, State of Illinois, State of Iowa, State of Maryland, Commonwealth of Massachusetts, State of Minnesota, State of New Jersey, State of New Mexico, State of North Carolina, State of Oregon, Commonwealth of Pennsylvania, State of Rhode Island, Commonwealth of Virginia, State of Vermont, State of Washington, City of Chicago, Illinois, City of New York, City of Philadelphia, City of Providence, City and County of San Francisco, California, United States Conference of Mayors, City of Seattle, Washington, City of Pittsburgh, County of Cameron, State of Colorado, City of Central Falls, City of Columbus, County of El Paso, County of Monterey, County of Hidalgo,

**ORDER**

Docket No. 18-2652

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 10 2018

CERTIFIED COPY ISSUED ON 09/10/2018

Respondents.

_____

In Re: United States Department of Commerce,
Wilbur L. Ross, in his official capacity as Secretary
of Commerce, United States Census Bureau,          Docket No. 18-2659
an agency within the United States Department
of Commerce, Ron S. Jarmin, in his capacity as
the Director of the U.S. Census Bureau,

         Petitioners,
**************************************
United States Department of Commerce,
Wilbur L. Ross, in his official capacity as
Secretary of Commerce, United States Census Bureau,
an agency within the United States Department
of Commerce, Ron S. Jarmin, in his capacity
as the Director of the U.S. Census Bureau,

         Petitioners,

v.

New York Immigration Coalition, CASA de
Maryland, Inc., American-Arab Anti-Discrimination
Committee, ADC Research Institute, Make the Road New York,

         Respondents.

_____

     As part of its petitions for writs of mandamus, the government seeks an administrative stay of a deposition of the Acting Assistant Attorney General for Civil Rights, currently noticed for September 12, 2018.

     IT IS HEREBY ORDERED that the deposition is stayed pending determination of the petitions. Answers to the petitions must be filed by September 17, 2018. The Clerk is directed to calendar the petitions with the next available panel following the filing of the answers.

               For the Court:
               Catherine O'Hagan Wolfe,
               Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit