# EXHIBIT 1

**Document Dispositions as of 9/11/18**
**RIF – Release in Full; RIP – Release in Part**
**WIF – Withhold in Full**

| Bates Nos. | Originally WIF or RIP? | New disposition (designation and descriptions of changes do not take into account whether PII is redacted) |
| --- | --- | --- |
| 1403 | WIF | RIF |
| 2160-2162 | RIP | Still RIP but fewer redactions |
| 2199-2204 | RIP | Still RIP but fewer redactions |
| 2458 | RIP | No change |
| 2461 & attachment | RIP | DPP for cover email was error in log; still asserting DPP/AC for attachment |
| 2474-2475 | RIP | RIF |
| 2517 | WIF | RIF |
| 3687 | WIF | Will release with same redactions for DPP as in Bates No. 4005 |
| 3690 | WIF | RIF as to responsive portions; will continue to redact nonresponsive portions |
| 3695-3697 | RIP | Still RIP but fewer redactions |
| 3698 | WIF | RIP but still asserting DPP |
| 3702-3704 | RIP | RIF |
| 3710 | RIP | No changes, but DPP applies only to nonresponsive material |
| 3888 | WIF | RIF |
| 3907 | WIF | RIF – plus can also RIF other pre-call memos if requested |
| 3984 | RIP | Still RIP but fewer redactions |
| 3990-4001 | RIP | This email is included unredacted in the chain in Bates No. AR 2446 |
| 5428 | WIF | No change |
| 5440 | WIF | No change |
| 9834 | RIP | No change |
| 10273 | WIF | RIP; will continue to redact handwritten notes |
| 10291 | WIF | No change |
| 10299 | WIF | No change |
| 10342-10345 | RIP | RIF |
| 10351 | WIF | No change |
| 10352 | WIF | RIF |
| 10356 | WIF | RIP; will continue to redact handwritten notes |
| 11047 | WIF | This was released as Bates No. 9111 |
| 11048 | WIF | This was released as Bates No. 8655 |
| 11250-11251 | WIF | No change |
| 11252 | WIF | No change |
| 11362 | RIP | This is the same as Doc. 2461 (in this set) |